HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FRANCISCO GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00031-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE AND SET FOR PLEA AND SENTENCING; ORDER** |
| vs. | |
| FRANCISCO GOMEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Francisco Gomez, that the Court continue the September 12, 2017 hearing in the above matter to October 17, 2017 for plea and sentencing.

The parties have reached a resolution in this matter and are requesting that the matter be continued and set for plea and sentencing on October 17, 2017. A family member of Mr. Gomez recently passed away and Mr. Gomez will be travelling and attending to his family for the next several weeks. Accordingly, the parties are requesting that the matter be continued to October 17, 2017, at 10:00 a.m. for plea and sentencing.

//

//

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | PHILLIP A. TALBERT<br>United States Attorney |
| Date: September 1, 2017 | | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 1, 2017 | | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>FRANCISCO GOMEZ |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the September 12, 2017 hearing for Francisco Gomez, Case No. 6:17-mj-00031-MJS, is continued to October 17, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 5, 2017         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

Gomez – Stipulation to Continue
   and Set for Plea and Setencing