AO 245B-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: **6:17MJ00031-1** |
| **FRANCISCO GOMEZ** | Defendant's Attorney: Hope L. Alley, Appointed |

**THE DEFENDANT:**

- [✓] pleaded guilty to count(s)  1 and 4  of the Complaint.
- [ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
- [ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.2, CVC 12500(d) | Operating a commercial vehicle without a valid commercial driver's license. | 3/31/2017 | 1 |
| 36 CFR § 4.2, CVC 14601.2(a) | Operating a motor vehicle while license suspended for excessive blood alcohol levels. | 3/31/2017 | 4 |

    The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) ___ .
- [✓] Count(s)  2 and 3  are dismissed on the motion of the United States.
- [ ] Indictment is to be dismissed by District Court on motion of the United States.
- [✓] Appeal rights given.     [ ] Appeal rights waived.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**10/17/2017**
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

10/18/2017
Date

AO 245B-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation

DEFENDANT: **FRANCISCO GOMEZ**
CASE NUMBER: **6:17MJ00031-1**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :
12 months.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 15 days. Defendant is to report to the US Marshals Office on 9/24/2018. Custody time shall be SUSPENDED until the time of the Review Hearing on 9/18/2018. If the Defendant has complied with all terms of probation at the time of the Review Hearing custody time will be TERMINATED.
5. The Defendant is ordered to personally appear for a Probation Review Hearing on 9/18/2018 at 10:00 am before U.S. Magistrate Judge seng.
6. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.
7. Within the first 10 months of probation Defendant must pay all State fines and obtain driver's license. If it is Defendant's intent to drive a commercial vehicle he must obtain a commercial driver's license within the first 10 months of probation.